DAN RAYFIELD
Attorney General
SCOTT KENNEDY #260337
BRIAN SIMMONDS MARSHALL #196129
TY BAIR #251894
Senior Assistant Attorneys General
BRAD MULLEN #245461
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971-673-1880
Fax: 971-673-5000
Email: Scott.Kennedy@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Ty.Bair@doj.oregon.gov
Brad.Mullen@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

STATE OF OREGON, et al.,

Plaintiffs,

v.

MEHMET OZ, in his official capacity as Administrator for the Centers for Medicare & Medicaid Services, et al.,

Defendants.

Case No. 6:26-cv-2435-AA

DECLARATION OF SCOTT KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Scott Kennedy, declare as follows:

1. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in the above-captioned matter.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a report by the Congressional Budget Office, entitled *Public Law 119-21, to Provide for Reconciliation Pursuant to Tile II of H. Con. Res. 14 Title VII, Finance, Subtitle B, Health, Chapter 1, Medicaid*, published in 2025, available at https://www.cbo.gov/system/files/2025-10/PL-119-21-Medicaid%20_0.pdf.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of the Summary Table from the Congressional Budget Office spreadsheet entitled *Estimated Budgetary Effects of Public Law 119-21, to Provide for Reconciliation Pursuant to Tile II of H. Con. Res. 14, Relative to CBO's January 2025 Baseline*, dated July 21, 2025, available at https://www.cbo.gov/publication/61570.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of a letter from Dan Brillman, Deputy Administrator of Centers for Medicare & Medicaid Services (CMS) sent to State Medicaid Directors, dated March 6, 2026, available at https://www.medicaid.gov/federal-policy-guidance/downloads/smd26001.pdf [https://perma.cc/RD7E-DT3Z].

5. Attached as Exhibit 4 to this declaration is a true and correct copy of a letter from Andrew Slavitt, then-Acting Administrator of CMS, sent to Thomas Betlach, the Director of the Arizona Health Care Cost Containment System, dated September 30, 2016, available at https://www.azahcccs.gov/Resources/Downloads/1115Waiver/LetterToState09302016.pdf [https://perma.cc/8BSK-HK8X].

6. Attached as Exhibit 5 to this declaration is a true and correct copy of a letter from Elizabeth Richter, then-Acting Administrator of the Centers for Medicare & Medicaid Services, to Dawn Stehle, the Deputy Director for Health & Medicaid of the Arkansas Department of Human Services, dated March 17, 2021, available at https://www.medicaid.gov/



Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880 / Fax: 971-673-5000

medicaid/section-1115-demonstrations/downloads/ar-works-ca2.pdf [https://perma.cc/K6QL-AXP9].

**I declare under penalty of perjury under the laws of the United State of America that, to the best of my knowledge, the foregoing is true and correct.**

EXECUTED on November 5, 2026.

*s/ Scott Kennedy*
SCOTT KENNEDY
Senior Assistant Attorney General



Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880 / Fax: 971-673-5000