# EXHIBIT 2

**Congressional Budget Office**
Cost Estimate

July 21, 2025

**Summary**

**Estimated Budgetary Effects of Public Law 119-21, to Provide for Reconciliation Pursuant to Title II of H. Con. Res. 14, Relative to CBO's January 2025 Baseline**

As enacted on July 4, 2025

| | By Fiscal Year, Millions of Dollars | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2025-2029 | 2025-2034 |
| | Increases or Decreases (-) in Direct Spending Outlays, Revenues, and Deficits | | | | | | | | | | | |
| **Title I. Committee on Agriculture, Nutrition and Forestry** | | | | | | | | | | | | |
| Estimated Outlays | 300 | -7,901 | -10,424 | -14,734 | -15,013 | -14,467 | -13,244 | -14,897 | -15,319 | -15,261 | -47,772 | -120,960 |
| Estimated Revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Effect on the Deficit | 300 | -7,901 | -10,424 | -14,734 | -15,013 | -14,467 | -13,244 | -14,897 | -15,319 | -15,261 | -47,772 | -120,960 |
| **Title II. Committee on Armed Services** | | | | | | | | | | | | |
| Estimated Outlays | 2,020 | 41,864 | 44,677 | 24,923 | 17,175 | 9,426 | 4,720 | 2,767 | 1,347 | 623 | 130,659 | 149,542 |
| Estimated Revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Effect on the Deficit | 2,020 | 41,864 | 44,677 | 24,923 | 17,175 | 9,426 | 4,720 | 2,767 | 1,347 | 623 | 130,659 | 149,542 |
| **Title III. Committee on Banking, Housing, and Urban Affairs** | | | | | | | | | | | | |
| Estimated Outlays | -15 | -132 | -80 | -25 | -72 | -122 | -188 | -313 | -347 | -374 | -324 | -1,668 |
| Estimated Revenues | 0 | -202 | -182 | -164 | -178 | 726 | 0 | 0 | 0 | 0 | -726 | 0 |
| Net Effect on the Deficit | -15 | 70 | 102 | 139 | 106 | -848 | -188 | -313 | -347 | -374 | 402 | -1,668 |
| **Title IV. Committee on Commerce, Science, and Transportation** | | | | | | | | | | | | |
| Estimated Outlays | -65 | 2,825 | 4,896 | 5,437 | 2,151 | -6,708 | -15,329 | -18,556 | -12,658 | -4,377 | 15,244 | -42,384 |
| Estimated Revenues | -1 | -20 | 94 | 173 | 249 | 288 | 337 | 385 | 127 | 21 | 495 | 1,653 |
| Net Effect on the Deficit | -64 | 2,845 | 4,802 | 5,264 | 1,902 | -6,996 | -15,666 | -18,941 | -12,785 | -4,398 | 14,749 | -44,037 |
| **Title V. Committee on Energy and Natural Resources** | | | | | | | | | | | | |
| Estimated Outlays | -156 | -178 | -1,183 | -2,383 | -2,099 | -2,804 | -2,900 | -2,846 | -3,149 | -3,641 | -5,999 | -21,339 |
| Estimated Revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Effect on the Deficit | -156 | -178 | -1,183 | -2,383 | -2,099 | -2,804 | -2,900 | -2,846 | -3,149 | -3,641 | -5,999 | -21,339 |
| **Title VI. Committee on Environment and Public Works** | | | | | | | | | | | | |
| Estimated Outlays | -857 | -936 | -1,237 | -887 | -570 | -360 | -112 | * | * | * | -4,487 | -4,959 |
| Estimated Revenues | * | * | * | * | * | -375 | -300 | -275 | -275 | -275 | * | -1,500 |
| Net Effect on the Deficit | -857 | -936 | -1,237 | -887 | -570 | 15 | 188 | 275 | 275 | 275 | -4,487 | -3,459 |
| **Title VII. Committee on Finance** | | | | | | | | | | | | |
| Estimated Outlays | 783 | -11,710 | -34,780 | -58,518 | -98,023 | -118,581 | -138,504 | -157,122 | -153,211 | -172,058 | -202,248 | -941,720 |
| Estimated Revenues | -130,903 | -461,569 | -585,848 | -585,287 | -529,328 | -450,023 | -416,941 | -425,102 | -452,408 | -483,910 | -2,292,936 | -4,521,327 |
| Net Effect on the Deficit | 131,686 | 449,859 | 551,068 | 526,769 | 431,305 | 331,442 | 278,437 | 267,980 | 299,197 | 311,852 | 2,090,688 | 3,579,607 |
| *On-Budget Effects* | 131,684 | 449,639 | 550,402 | 525,847 | 430,052 | 330,001 | 276,783 | 266,190 | 297,300 | 309,774 | 2,087,625 | 3,567,684 |
| *Off-Budget Effects* | 2 | 220 | 666 | 922 | 1,253 | 1,441 | 1,654 | 1,790 | 1,897 | 2,078 | 3,063 | 11,923 |
| **Title VIII. Committee on Health, Education, Labor and Pensions** | | | | | | | | | | | | |
| Estimated Outlays | -154,029 | -10,584 | -6,316 | -14,880 | -15,639 | -16,039 | -16,281 | -16,521 | -16,741 | -16,992 | -201,448 | -284,022 |
| Estimated Revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Effect on the Deficit | -154,029 | -10,584 | -6,316 | -14,880 | -15,639 | -16,039 | -16,281 | -16,521 | -16,741 | -16,992 | -201,448 | -284,022 |
| **Title IX. Committee on Homeland Security and Governmental Affairs** | | | | | | | | | | | | |
| Estimated Outlays | 5 | 9,511 | 18,265 | 25,317 | 25,414 | 20,262 | 14,787 | 9,351 | 4,194 | 1,805 | 78,512 | 128,911 |
| Estimated Revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Effect on the Deficit | 5 | 9,511 | 18,265 | 25,317 | 25,414 | 20,262 | 14,787 | 9,351 | 4,194 | 1,805 | 78,512 | 128,911 |
| *On-Budget Effects* | 5 | 9,512 | 18,264 | 25,317 | 25,414 | 20,262 | 14,787 | 9,351 | 4,194 | 1,805 | 78,512 | 128,911 |
| *Off-Budget Effects* | 0 | -1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Title X. Committee on the Judiciary** | | | | | | | | | | | | |
| Estimated Outlays | * | 3,579 | 6,256 | 9,479 | 11,415 | 9,154 | 4,677 | 2,702 | -544 | -662 | 30,729 | 46,056 |
| Estimated Revenues | 0 | 1,290 | 3,747 | 3,868 | 3,963 | 4,501 | 4,726 | 4,859 | 4,992 | 5,216 | 12,868 | 37,162 |
| Net Effect on the Deficit | * | 2,289 | 2,509 | 5,611 | 7,452 | 4,653 | -49 | -2,157 | -5,536 | -5,878 | 17,861 | 8,894 |
| **Interactions Among Titles** | | | | | | | | | | | | |
| Estimated Outlays | 0 | 0 | 54 | 103 | 153 | 198 | 251 | 326 | 113 | 0 | 310 | 1,198 |
| Estimated Revenues | 0 | 0 | -124 | -218 | -275 | -309 | -354 | -381 | -116 | 0 | -617 | -1,777 |
| Net Effect on the Deficit | 0 | 0 | 178 | 321 | 428 | 507 | 605 | 707 | 229 | 0 | 927 | 2,975 |
| **Total Changes** | | | | | | | | | | | | |
| Estimated Outlays | -152,014 | 26,338 | 20,128 | -26,168 | -75,108 | -120,041 | -162,123 | -195,109 | -196,315 | -210,937 | -206,824 | -1,091,345 |
| Estimated Revenues | -130,904 | -460,501 | -582,313 | -581,628 | -525,569 | -445,192 | -412,532 | -420,514 | -447,680 | -478,948 | -2,280,916 | -4,485,789 |
| Net Effect on the Deficit | -21,110 | 486,839 | 602,441 | 555,460 | 450,461 | 325,151 | 250,409 | 225,405 | 251,365 | 268,011 | 2,074,092 | 3,394,444 |
| *On-Budget Deficit* | *-21,112* | *486,620* | *601,774* | *554,538* | *449,208* | *323,710* | *248,755* | *223,615* | *249,468* | *265,933* | 2,071,029 | 3,382,521 |
| *Off-Budget Deficit* | 2 | *219* | *667* | *922* | *1,253* | *1,441* | *1,654* | *1,790* | *1,897* | *2,078* | 3,063 | 11,923 |

Components may not sum to totals because of rounding.

* = between zero and $500,000.

*See notes on the next page.*

Sources: Congressional Budget Office; staff of the Joint Committee on Taxation.

**Congressional Budget Office**
Cost Estimate

July 21, 2025

**Summary**

**Estimated Budgetary Effects of Public Law 119-21, to Provide for Reconciliation Pursuant to Title II of H. Con. Res. 14, Relative to CBO's January 2025 Baseline**

As enacted on July 4, 2025

The Congressional Budget Act of 1974, as amended, stipulates that revenue estimates provided by the staff of the Joint Committee on Taxation (JCT) will be the official estimates for all tax legislation considered by the Congress. As such, CBO incorporates those estimates into its cost estimates of the effects of legislation. The estimates for the revenue provisions of P.L. 119-21 were provided by JCT.

This estimate is relative to CBO's January 2025 baseline projections, updated to reflect enacted legislation. It includes budgetary effects through fiscal year 2034 and it incorporates interactions among provisions within each title and among titles.

Under an agreement between CBO and the House and Senate Committees on the Budget to focus analytical resources on reconciliation, this estimate accounts for judicial decisions and administrative actions through April 10, 2025. That agreement supplements a long-standing agreement between CBO and the Budget Committees. See Congressional Budget Office, *CBO Explains How It Incorporates Administrative and Judicial Actions When Updating Its Baseline Projections and Preparing Cost Estimates* (December 2024), www.cbo.gov/publication/60846.

The revenues and outlays of the Social Security trust funds and the net cash flows of the Postal Service are classified as off-budget.

The Budget Control Act of 2011, as amended, requires annual sequestration of mandatory spending for certain programs. The Office of Management and Budget determines which accounts are subject to reductions under that act. In CBO's estimation, some of the accounts affected by P.L. 119-21 will be subject to sequestration. This estimate accounts for those effects.

CBO estimates that P.L. 119-21 will increase by 10 million the number of people without health insurance in 2034.

CBO estimates that P.L. 119-21 will lower gross benchmark premiums, on average, in marketplace plans established by the Affordable Care Act by an estimated 0.6 percent in 2034. (That is, the premiums for the plans used to determine premium tax credits, before those credits are accounted for.)

CBO estimates that P.L. 119-21 will increase on-budget deficits after 2034 relative to CBO's January 2025 baseline budget projections updated to reflect enacted legislation.

**Mandates**

CBO has determined that the non-tax provisions of P.L. 119-21 will impose intergovernmental and private-sector mandates as defined in the Unfunded Mandates Reform Act (UMRA) with costs that exceed the annual intergovernmental and private-sector thresholds established in UMRA ($103 million and $206 million in 2025, respectively, adjusted annually for inflation). The provision in title I that requires states to contribute matching funds for Supplemental Nutrition Assistance Program benefits and the provision that increases the state share of administrative costs for that program will impose the largest intergovernmental mandates. Provisions in title VII that require importers to remit duties on goods that otherwise could be imported duty-free under the de minimis exemption and in title X that impose new or modified fees on aliens seeking benefits under the Immigration and Nationality Act will impose the largest private-sector mandates.